```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    THOMAS M. NEWMAN (CTBN 422187)
 4  Assistant United States Attorney
      9th Floor Federal Building
 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-6805
      Fax:       (415) 436-6748
 7
    Attorneys for the United States of America
 8
```

FILED

AUG 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>DENNIS R. ALLISON,<br><br>Respondent. | CV 08 3736 HRL<br>NO.<br><br>VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |

Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer, **DONNA DILORETO**, allege and petition as follows:

1.  This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

2.  Petitioner **DONNA DILORETO** is and at all times mentioned herein was an employee and officer of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

3.  Petitioner **DONNA DILORETO** is and at all times mentioned herein was

1  attempting in the course of authorized duties to ascertain the assets and liabilities of **DENNIS R.
2  ALLISON** in order to prepare a Collection Information Statement relative to the collection of
3  certain unpaid tax liabilities of **DENNIS R. ALLISON**.

4.  Petitioner **DONNA DILORETO** is and at all times herein was attempting in the course of authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to his attempt to ascertain the assets and liabilities of **DENNIS R. ALLISON**, for purposes of preparing a Collection Information Statement and collection of unpaid tax liabilities.

5.  Respondent **DENNIS R. ALLISON**'s last known address is 3734 Ortega Court, Palo Alto, CA, which is within the venue of this Court.

6.  Petitioner **DONNA DILORETO** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income, assets and liabilities, and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

7.  On October 5, 2007, in accordance with law, petitioner **DONNA DILORETO** served a summons on respondent **DENNIS R. ALLISON** in respect to the subject matter described in paragraphs 3, 4, and 6 above, by leaving an attested copy of the summons at the last and usual place of abode of the respondent **DENNIS R. ALLISON**. The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as Exhibit A and is hereby incorporated by reference as a part of this petition.

8.  The items sought by the summons described in paragraph 7 above are relevant to and can reasonably be expected to assist in the preparation of the Collection Information Statement for **DENNIS R. ALLISON** and collection of unpaid tax liabilities. It was and is now essential to the completion of petitioner's inquiry regarding the preparation of the Collection Information Statement for **DENNIS R. ALLISON** that respondent produce the items demanded by said summons to assist in the collection of unpaid tax liabilities.

9.  The respondent did not appear on November 2, 2007 as requested in the summons.
///

10. By letter dated December 26, 2007, respondent **DENNIS R. ALLISON** was provided with another opportunity to comply by appearing for an appointment with petitioner **DONNA DILORETO** on January 28, 2008. See Exhibit B.

11. As of the date of this petition, the respondent has failed to comply with the summons.

12. All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

13. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summons.

**WHEREFORE,** having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summons as alleged and set forth above, as follows:

A. That the named respondent herein be ordered to appear and show cause before this Court, if any, why respondent should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summons;

B. That respondent be ordered by the Court to appear before the petitioner **DONNA DILORETO** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summons; and

C. That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

JOSEPH P. RUSSONIELLO
United States Attorney

THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division



# Summons

## Collection Information Statement

In the matter of  DENNIS R ALLISON, 3734 ORTEGA CT, PALO ALTO, CA 94303-4451
Internal Revenue Service (Identify Division)  SMALL BUSINESS/SELF EMPLOYED
Industry/Area (Identify by number or name)  SB/SE AREA 7 (27)
Periods:  Form 1040 for the calendar periods ending December 31, 1994, December 31, 1995, December 31, 1999, December 31, 2000, December 31, 2001 and December 31, 2002

The Commissioner of Internal Revenue

To:  DENNIS R ALLISON
At:  3734 ORTEGA CT, PALO ALTO, CA 94303

You are hereby summoned and required to appear before DONNA DILORETO, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: **all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:**

From 07/01/2007  To 09/30/2007

Also include **all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.**

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

700 JEFFERSON AVE, 2ND FLOOR, REDWOOD CITY, CA 94063 (650) 298-0430

Place and time for appearance: At  700 JEFFERSON AVENUE, 2ND FLOOR, REDWOOD CITY, CA 94063



on the  2nd  day of  November , 2007  at  10:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  3rd  day of October , 2007

Department of the Treasury
Internal Revenue Service     Donna DiLoreto  [signature]            REVENUE OFFICER
www.irs.gov                   Signature of issuing officer          Title
Form 6637 (Rev.4-2005)
Catalog Number 25000Q        [signature]                            GROUP MANAGER
                              Signature of approving officer (if applicable)   Title

EXHIBIT  A

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 10-5-07 | 3:20 pm |

**How Summons Was Served**

☑ I handed an attested copy of the summons to the person to whom it was directed.

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

| Signature | Title |
|---|---|
| D. DiSanto | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| D. DiSanto | Revenue Officer |

Catalog No. 25000Q

Form 6637 (Rev. 4-2005)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
160 SPEAR STREET, 9TH FLOOR
SAN FRANCISCO, CA 94105
(415) 227-5168
FAX (415) 227-5159

DEC 2 6 2007

CC:SB:7:SF:1:GL-155604-07
JMSatterfield

Dennis R. Allison
3734 Ortega Court
Palo Alto, CA 94303

Dear Mr. Allison:

The Small Business/Self-Employed Area: Area Collection office of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on October 5, 2007. Under the terms of the summons, you were required to appear before Revenue Officer Donna DiLoreto on November 2, 2007. At your request, the appearance date was continued to December 12, 2007.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

    Name: Donna DiLoreto
    Date: January 28, 2008
    Time: 10:00 A.M
    Address: 700 Jefferson Avenue, 2nd Floor
             Redwood City, CA 94603

EXHIBIT B

CC:SB:7:SF:1:GL-155604-07      - 2 -

    Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer Donna DiLoreto at (650) 298-0430 ext 105.

                           Sincerely,

                           Thomas R. Mackinson
                           Associate Area Counsel (San
                           Francisco, Group 1)
                           (Small Business/Self-Employed

              By: *[signature]*
                  JASON M. SATTERFIELD
                  Attorney (San Francisco, Group 1)
                  (Small Business/Self-Employed)

Enclosures:
    Copy of summons served on October 5, 2007


cc: Donna DiLoreto

## VERIFICATION

I, **DONNA DILORETO**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Officer in the San Jose, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2-27-08__ at Redwood City, California.

_____
**DONNA DILORETO**

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

### DEFENDANTS
DENNIS R. ALLISON

**HRL**

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   SANTA CLARA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

THOMAS M. NEWMAN, AUSA, TAX DIVISION
450 Golden Gate Ave., 9th Floor, Box 36055
San Francisco, CA 94102
(415) 436-6805

Attorneys (If Known)

**E-filing**
**ADR**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question (U.S. Government Not a Party)
[ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | PERSONAL INJURY | PERSONAL INJURY |  | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 610 Agriculture | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability |  | [ ] 620 Other Food & Drug |  | [ ] 430 Banks and Banking |
| [ ] 130 Miller Act |  | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 450 Commerce |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander |  | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 460 Deportation |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment |  | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability |  | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 480 Consumer Credit |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) |  | PERSONAL PROPERTY | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 490 Cable/Sat TV |
|  | [ ] 340 Marine | [ ] 370 Other Fraud | [ ] 690 Other |  | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability | [ ] 371 Truth in Lending | LABOR | SOCIAL SECURITY | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability |  | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury |  | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 196 Franchise |  |  | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
|  |  |  | [ ] 790 Other Labor Litigation |  | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment |  |  |  |  |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | Habeas Corpus: |  | [X] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land |  | [ ] 530 General |  |  |  |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty | IMMIGRATION | [ ] 871 IRS—Third Party 26 USC 7609 |  |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other |  |  |  |
|  |  | [ ] 550 Civil Rights | [ ] 462 Naturalization Application |  | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 446 Amer. w/Disabilities - Other | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee |  |  |
|  | [ ] 440 Other Civil Rights |  | [ ] 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Summons Enforcement

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
[ ] SAN FRANCISCO/OAKLAND   [X] SAN JOSE

DATE  8/5/08
SIGNATURE OF ATTORNEY OF RECORD
THOMAS NEWMAN, AUSA, TAX DIVISION