| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO |
|  | United States Attorney |
| 2 | THOMAS M. NEWMAN (CTBN 422187) |
|  | Assistant United States Attorney |
| 3 | 9th Floor Federal Building |
|  | 450 Golden Gate Avenue, Box 36055 |
| 4 | San Francisco, California  94102 |
|  | Telephone:  (415) 436-6805 |
| 5 | Fax:            (415) 436-6748 |

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer, | ) ) ) **CASE NO. 08-3736-HRL** |
| Petitioners, | ) ) **CONSENT TO PROCEED** |
|  | ) **BEFORE A UNITED STATES** |
| v. | ) **MAGISTRATE JUDGE** |
|  | ) |
| **DENNIS R. ALLISION,** | ) |
|  | ) |
| Respondent. | ) |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      /s/ Thomas M. Newman
                                      THOMAS M. NEWMAN
                                      Assistant United States Attorney
                                      Tax Division

*Magistrate Consent*
Case No. 08-cv-3736-HRL