**\*E-FILED 8/8/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,<br><br>    Petitioners,<br>  v.<br><br>DENNIS R. ALLISON,<br><br>    Respondent. | No. C08-03736 HRL<br><br>**ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS** |

Good cause having been shown by the petitioners upon the petition filed in the above-entitled proceeding on August 5, 2008, IT IS ORDERED THAT:

1. Respondent Dennis R. Allison shall appear before this court on **October 14, 2008, 10:00 a.m.** in Courtroom No. 2, 5th Floor, United States District Court, 280 South First Street, San Jose, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summonses served upon respondent as alleged and set forth in the petition.

2. Petitioners shall serve a copy of this Order to Show Cause, together with a copy of the petition, upon respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this order specified above.

3. On or before **September 23, 2008**, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance

1  with 28 U.S.C. § 1746, as well as any motion respondent desires to make.

2      4.    On or before **September 30, 2008**, petitioners may file and serve a written reply
3  to such response, if any.

4      5.    All motions and issues raised by the pleadings will be considered on the return
5  date of this order, and only those issues raised by motion or brought into controversy by the
6  responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the
7  return of this order. Any uncontested allegation in the pleading will be considered admitted.

8  Dated: August 8, 2008

10  HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-cv-3736 Notice has been electronically mailed to:**

Thomas M. Newman thomas.newman2@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.