

*IT IS SO ORDERED*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,** )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>**DENNIS ALLISON,** )<br>)<br>Respondent. )<br>_____) | **No. 08-cv-3736-JW**<br><br>**ORDER RELEASING RESPONDENT FROM CUSTODY; SETTING STATUS HEARING** |

    This matter came before the Court on July 19, 2010, upon the Court's Order to Show Cause Re: Contempt entered December 9, 2008. The Order directed respondent to appear and show cause, if any, why he should not be held in contempt for his failure to comply with the Order Enforcing the Internal Revenue Summons. (Docket No. 13). The Court's Order regarding contempt followed service on respondent of the Verified Petition to Enforce the IRS Summons, Case Management Order, and Magistrate Judge Lloyd's Order to Show Cause. (Docket Nos. 1, & 3-5). Following a hearing before Magistrate Judge Lloyd, and re-assignment to the undersigned, the Court Ordered the summons enforced and the docket indicates service of that Order was made on respondent. (Docket Nos. 7-11). To date, respondent has not complied with the Court's Order Enforcing the Summons.

1  The Court finds Respondent Allison in contempt of the Court's Order enforcing the
2  summons.  Respondent is fined $250 per day from July 19, 2010 until he turns over financial
3
4  records from July-September 2007.  It is further ordered that if Respondent Dennis Allison
5  complies with the turn over Order by **September 17, 2010**, the Court will consider purging the
6  $250 per day fine.
7     On **October 4, 2010 at 9 a.m.**, Respondent Allison and the representative of the
8  Petitioner shall appear for a Status Hearing re: Compliance with the IRS summons.  On or
9
10 before **September 24, 2010**, the parties shall file a Joint Status Report Statement updating the
11 Court on the status of Respondent's compliance.
12    The United States Marshal shall serve a copy of this Order on Respondent Allison and
13 immediately release Respondent Allison from custody.
14
15
16 Dated:  July 19, 2010                            _____
17                                                  JAMES WARE
                                                    United States District Judge