IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. C 08-03736 JW |
| Petitioner, | **ORDER CONTINUING STATUS HEARING** |
| v. | |
| Dennis Allison, | |
| Respondent. | |

This case is scheduled for a Status Hearing re: Respondent's Compliance with IRS Summons on October 4, 2010. On September 24, 2010, the government filed a Status Report. (Docket Item No. 23.) In its Status Report, the government represents that Respondent has produced the information as ordered by the Court. However, the government has not had sufficient time to evaluate the materials to determine whether Respondent is in substantial compliance.

Based on the government's representation, the Court finds good cause to continue the Status Hearing to allow the parties to resolve this case. The Court continues the October 4, 2010 Status Hearing to **October 25, 2010 at 9 a.m.** On or before **October 15, 2010**, the government shall either file a Stipulated Dismissal or a Status Report updating the Court on the parties' efforts to resolve this Petition.

The government shall serve a copy of this Order on Respondent.

Dated: September 29, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas M. Newman thomas.newman@usdoj.gov

**Dated: September 29, 2010**          **Richard W. Wieking, Clerk**

                                           **By:   /s/ JW Chambers**
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California