1  MELINDA HAAG
   United States Attorney
2  THOMAS MOORE
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS M. NEWMAN
4  Assistant United States Attorney
    9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone:   (415) 436-6888
    Fax:         (415) 436-6748
7
   Attorneys for the United States of America
8
               **UNITED STATES DISTRICT COURT**
9
             **NORTHERN DISTRICT OF CALIFORNIA**
10
                    **SAN JOSE DIVISION**
11
   **UNITED STATES OF AMERICA, et al.,**      )
12                                            )    **No. 08-cv-3736-JW**
                                              )
13              **Petitioners,**              )
                                              )
14        **v.**                              )    **STIPULATED DISMISSAL**
                                              )
15 **DENNIS ALLISON,**                        )
                                              )
16              **Respondent.**               )
   _____)

17
           Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to dismissal of the above-
18
   titled case without prejudice.
19
20                                   MELINDA HAAG
                                     United States Attorney
21
                                     /s/ Thomas M. Newman
22                                   THOMAS M. NEWMAN
                                     Assistant United States Attorney
23                                   Tax Division
24
25                                   _____/s/_____
                                     Jan L. Handzlik
26                                   Greenberg Traurig, LLC
                                     2450 Colorado Avenue, Ste. 400E
27                                   Santa Monica, CA 90404
28 IT IS SO ORDERED:
   The Clerk shall close this file.
   Dated: October 20, 2010

                                     _____
   *Stipulated Dismissal*            United States District Judge
   *Case No. 08-cv-3736-JW*

IT IS SO ORDERED

Judge James Ware

10/20/2010